**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | JOE STRINGER | § | CASE NO. 15-50096 |
| | | § | CHAPTER 13 |
| | DEBTOR | § | |

**MOTION TO EXCUSE DEBTOR FROM**
**PERSONAL APPEARANCE AT CREDITORS' MEETING**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Joe Stringer, ("Debtor") to file this Motion requesting that the Court excuse him from personally appearing at the Creditors' Meeting under 11 U.S.C. §341(a) and §343, and would respectfully show the following:

**I.**

Debtor's case was originally filed as a Chapter 13 petition on July 6, 2015.  Debtor has been in the hospital repeatedly before and during this bankruptcy.  Due to a risk of blood clots, Debtor cannot travel the ninety miles required to attend the meeting.

**II.**

Keli Stringer, who is Debtor's adult daughter, has complete knowledge of Joe Stringer's financial circumstances and is able to appear at the creditor's meeting on October 5, 2015 and answer all questions and supply all information requested by the Trustee and creditors appearing at said meeting.  Information as to Debtor's financial circumstances is also available through his Petition, Schedules and Statement of Financial Affairs.

**III.**

Excusing Debtor's personal appearances will not prejudice the right, interest or claim of any creditor.  In lieu of personal appearance, Debtor is willing to fill out written interrogatories.

WHEREFORE, Joe Stringer requests that he be excused from personally appearing at the creditors' meeting and for such other and further relief as is just.

Respectfully submitted,

/s/ David V. Ruff,_____
David V. Ruff, II     TXB#24037406
1915 Mall Drive
Texarkana, Texas  75503
Telephone:  (903)792-5313
Facsimile:   (903)792-5405
ATTORNEY FOR DEBTORS

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document was sent to all interested parties/creditors on this 30th day of September 2015.

/s/ David V. Ruff, II
David V. Ruff, II